**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,    :    No. 276 MAL 2017
                       :
            Respondent         :
                       :    Petition for Allowance of Appeal from
                       :    the Order of the Superior Court
           v.                :
                       :
                       :
FERNANDO LOUIS LAGARES, III,      :
                       :
            Petitioner          :

## ORDER

**PER CURIAM**

    **AND NOW**, this 12th day of September, 2017, the Petition for Allowance of Appeal is **DENIED**.